UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

NDN COLLECTIVE; BLACK HILLS CLEAN WATER ALLIANCE; EARTHWORKS,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Plaintiffs,

v.

UNITED STATES FOREST SERVICE;
U.S. DEPARTMENT OF AGRICULTURE;
JAMES GUBBELS, District Ranger,

Defendants.

Case No.: 5:26-cv-5035-CCT

MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs NDN Collective, Black Hills Clean Water Alliance, and Earthworks hereby request a temporary restraining order and preliminary injunction to prevent irreparable harm resulting from the Forest Service's approval of the Rochford Exploration Drilling Project, a large mineral exploration drilling project on federal public lands in the Black Hills that will directly affect Pe'Sla, a recognized Native American sacred site and place of ceremony. As discussed in the attached Memorandum, irreparable harm to Plaintiffs' cultural uses and practices is ongoing and, absent injunctive relief, irreparable impacts to Plaintiffs' planned ceremonial practices will intensify as early as May 2, 2026.

Plaintiffs have met their burden and request an Order from this Court enjoining implementation of Defendants' February 27, 2026, Decision Memo authorizing the ongoing mineral exploration activities on the Black Hills National Forest, and all work conducted in reliance on the Decision Memo, until such time as this Court can review the case on the merits.

Respectfully submitted this 27th day of April, 2026,

1

*/s/ Tracey Zephier*
Tracey Zephier (SD Bar #3058)
408 Knollwood Drive
Rapid City, SD 57701
(605) 791-3999
tracey@ndncollective.org

Bruce Ellison (SD Bar # 462)
P.O. Box 2508
Rapid City, SD 57709
(605) 858-1850
Bruce.Ellison4@gmail.com

Roger Flynn (CO Bar #21078) *Pro Hac Vice*
Jeffrey C. Parsons (CO Bar #30210) *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
jeff@wmaplaw.org

Attorneys for Plaintiffs

<u>Certificate of Service</u>

I, Tracey Zephier, attest that I filed the foregoing, a memorandum of law in support of such motion, and all exhibits with this Court's ECF filing system on this 27th day of April, 2026.  In addition, I sent, via email on this date, the foregoing, the memorandum of law in support of the motion, and all exhibits to the Office of the U.S. Attorney for the District of South Dakota, which has yet to enter its appearance on behalf of Defendants in this case.

*/s/ Tracey Zephier*