**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION**

| | |
|---|---|
| NDN COLLECTIVE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al. <br><br> Defendants. | 5:26-cv-05035-CCT <br><br> **STIPULATED ORDER** |

Having met and conferred, the parties agree to the following:

1.      On May 7, 2026, Pete Lien & Sons, Inc. ("PLS") notified the United States Forest Service ("USFS") of its withdrawal of the Plan of Operations for the Pete Lien & Sons Rochford Mineral Exploratory Drilling Project. *See* Docket 24-1 (PLS Letter to USFS dated May 7, 2026). PLS notified the USFS that it "does not intend to apply for another CE or file another Plan of Operations for exploratory drilling at this site." *Id.* PLS notified the USFS that it "stands willing and able to perform all reclamation at the site." *Id.*

2.      On May 13, 2026, the USFS notified PLS of the outstanding reclamation activities that PLS must perform at the site. *See* Docket 24-2 (USFS Letter to PLS dated May 13, 2026). The USFS informed PLS that it would withdraw its February 27, 2026 Decision Memo ("Decision"), which approved the Plan of Operations and authorized the Project, once reclamation has been completed to the satisfaction of the USFS. *Id*.

3.      Reclamation cannot currently proceed due to the Court's Temporary Restraining Order ("TRO") issued on May 5, 2026. Docket 21.

4.      Because the USFS has not yet withdrawn or modified the Decision, the parties agree that the TRO should be converted to this Stipulated Order precluding exploratory drilling and mining activities but allowing reclamation work to proceed.

5.      The parties agree to submit a joint status report within 21 days of this

Stipulated Order.

6.      The two-day hearing scheduled for May 20-21, 2026, is vacated.

IT IS SO ORDERED on this 18th day of May 2026

BY THE COURT:

/s/ *Camela C. Theeler*

CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE