**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA**

| | |
|---|---|
| NDN COLLECTIVE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.<br><br>Defendants. | 5:26-cv-05035-CCT<br><br>**DEFENDANTS' UNOPPOSED MOTION TO STAY RESPONSIVE PLEADING DEADLINE** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants hereby move to stay the deadline for Defendants' response to the Complaint, which is currently due on June 26, 2026. Dkt. No. 26 (Notice of Extension of Time to Answer or Otherwise Respond to the Complaint). There is good cause for a stay because, as explained in the Parties' last Joint Status Report, Project reclamation is ongoing, after which the Forest Service plans to withdraw the Project Decision Memo at issue. *See* Dkt. No. 26. Counsel for Defendants contacted Counsel for Plaintiffs regarding this Motion, and Counsel for Plaintiffs indicated that they do not oppose staying Defendants' response deadline.

Respectfully submitted this 24th day of June 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/  Hayley A. Carpenter*
HAYLEY A. CARPENTER, CA Bar No. 312611
KRYSTAL-ROSE PEREZ, TX Bar No. 24105931
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-3362 (Carpenter)

(202) 532-3266 (Perez)
hayley.carpenter@usdoj.gov
krystal-rose.perez@usdoj.gov

*Attorneys for Defendants*