UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE; BLACK HILLS CLEAN WATER ALLIANCE; EARTHWORKS,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES GUBBELS, in his official capacity as District Ranger,<br><br>        Defendants. | 5:26-cv-05035-CCT<br><br>**JOINT STATUS REPORT** |

The Parties submit this Joint Status Report as ordered by the Court's June 9, 2026 Order. Dkt. No. 28. As explained in the attached Mystic District Ranger's letter withdrawing the Rochford Project Decision Memo, the government's position is that "reclamation and site stabilization activities have been completed in coordination with and accepted by the Mystic Ranger District." *Rochford Exploration Drilling Project Decision Memo Withdrawal Letter* (dated July 1, 2026), attached as Exhibit 1, and (publicly available at https://usfs-public.app.box.com/v/PinyonPublic/file/2323240163062). Plaintiffs' position is that they have not been able to verify whether reclamation has been completed. Plaintiffs will, before the next Joint Status Report, bring to Federal Defendants' attention any additional reclamation they believe is warranted under this Court's TRO Order (Dkt. No. 21) and its May 18, 2026 Order (Dkt. No. 25). The Parties request another Joint Status Report deadline in 61 days, on Monday, September 7, 2026.

Dated: July 8, 2026


/s/ *Jeffrey C. Parsons (with permission)*
Tracey Zephier (SD Bar #3058)
408 Knollwood Drive
Rapid City, SD 57701
(605) 791-3999
tracey@ndncollective.org

Bruce Ellison (SD Bar # 462)
P.O. Box 2508
Rapid City, SD 57709
(605) 858-1850
Bruce.Ellison4@gmail.com

Roger Flynn (CO Bar #21078) *Pro Hac Vice*
Jeffrey C. Parsons (CO Bar #30210) *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
jeff@wmaplaw.org

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/  *Hayley A. Carpenter*
HAYLEY A. CARPENTER
KRYSTAL-ROSE PEREZ
Trial Attorneys (Carpenter: CA Bar No. 312611)
(Perez: TX Bar No. 24105931)
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-3362 (Carpenter)
(202) 532-3266 (Perez)
hayley.carpenter@usdoj.gov
krystal-rose.perez@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT                    2