UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE; BLACK HILLS CLEAN WATER ALLIANCE; EARTHWORKS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES GUBBELS, in his official capacity as District Ranger,<br><br>Defendants. | 5:26-cv-05035-CCT<br><br>**JOINT STATUS REPORT** |

The Parties submit this Joint Status Report as contemplated by the Parties' last Joint Status Report on July 8, 2026. Dkt. No. 31. Defendants' position is that this case should be dismissed because of the withdrawal of the Decision Memo. *See* Dkt. No. 31-1. Plaintiffs' position is that dismissal is inappropriate because they believe reclamation is incomplete, and they believe the Forest Service has an ongoing duty to monitor reclamation and order remediation as necessary. To resolve this conflict, the Parties' seek a scheduling order imposing the following briefing deadlines for Defendants' Motion to Dismiss:

- Defendants' Motion to Dismiss: October 14, 2026
- Plaintiffs' Response Brief: December 2, 2026
- Defendants' Reply Brief: January 18, 2027

Dated: September 8, 2026

/s/ *Tracey Zephier (with permission)*
Tracey Zephier (SD Bar #3058)
408 Knollwood Drive
Rapid City, SD 57701
(605) 791-3999
tracey@ndncollective.org

Bruce Ellison (SD Bar # 462)
P.O. Box 2508
Rapid City, SD 57709
(605) 858-1850
Bruce.Ellison4@gmail.com

Roger Flynn (CO Bar #21078) *Pro Hac Vice*
Jeffrey C. Parsons (CO Bar #30210) *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
jeff@wmaplaw.org

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

*/s/ Hayley A. Carpenter*
HAYLEY A. CARPENTER
KRYSTAL-ROSE PEREZ
Trial Attorneys (Carpenter: CA Bar No. 312611)
(Perez: TX Bar No. 24105931)
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-3362 (Carpenter)
(202) 532-3266 (Perez)
hayley.carpenter@usdoj.gov
krystal-rose.perez@usdoj.gov

*Attorneys for Defendants*